# United States District Court
## Southern District of Georgia

SHERRILYN TAYLOR,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

    v.

CASE NUMBER: CV313-069

RICHARD TAYLOR and CLARENCE SANDERS, in their individual capacities, and LYNDA WAMMOCK,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on July 29, 2015, the motion for summary judgment filed by Deputy Taylor and Sheriff Sanders is GRANTED. Plaintiff's claims against Wammock are DISMISSED. Therefore, judgment is hereby entered against the Plaintiff. Costs are taxed in favor of Deputy Taylor and Sheriff Sanders. This case stands CLOSED.

July 29, 2015  
Date



Scott L. Poff  
Clerk

(By) Deputy Clerk